# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-7122**                                    **September Term, 2025**

**1:25-cv-02233-UNA**

**Filed On:** February 4, 2026

Samar Chatterjee,

      Appellant

    v.

Yvonne Williams, Judge and District of
Columbia Superior Court,

      Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rao, Walker, and Childs, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion to appoint counsel, it is

**ORDERED** that the motion to appoint counsel be denied. In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's July 31, 2025 order be affirmed. Appellant has forfeited any challenge to the district court's conclusion that it lacked jurisdiction to review a decision of the D.C. Superior Court by failing to address that point on appeal. See U.S. ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004). Furthermore, the district court correctly ruled that the appellee judge had absolute judicial immunity from appellant's claims. See Mireles v. Waco, 502 U.S. 9, 9–13 (1991) (per curiam).

**No. 25-7122**                                        **September Term, 2025**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk